NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ASIA PACIFIC MICROSYSTEMS, INC.,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,

*Intervenors.*

---

2012-1225

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-723.

---

ON MOTION

---

ORDER

Asia Pacific Microsystems, Inc. ("APM") moves without opposition for an extension of time until December 24,

2012 to file a response to Hewlett-Packard Company and Hewlett-Packard Development Company, L.P.'s motion to dismiss the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

APM's motion for an extension of time to file its response is granted to the extent that APM's response is due December 26, 2012. No further extensions should be anticipated.

FOR THE COURT

DEC 1 9 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven D. Ling, Esq.
    Panyin A. Hughes, Esq.
    Ahmed J. Davis, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 9 2012

JAN HORBALY
CLERK